BLANCHE A. Roos, Respondent, *v.* ETWILL REALTY COR-PORATION, Appellant.

Argued April 6, 1939; decided April 21, 1939.

*Alexander E. Rosenthal* and *Irving Segal* for appellant. *William F. Weber* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts. We find no evidence of negligence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.